# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Petitioner<br><br>v.<br><br>JUAN CARLOS NAVARETTE-BELTRAN,<br>(Reg. No. 22420-057)<br>　　　　　Respondent | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF CHERYL MAGNUSSON

I, Cheryl Magnusson, hereby make the following declaration:

1. I am currently employed by the United States Department of Justice, Federal Bureau of Prisons (BOP), as a Legal Assistant at the Consolidated Legal Center located at the Federal Medical Center (FMC) in Devens, Massachusetts. I have been employed at this position since October 2003.

2. In order to perform my official duties as Legal Assistant, I have access to numerous records regarding prisoners maintained in the ordinary course of business at FMC Devens, including access to trust fund accounts of inmates confined at FMC Devens.

3. I am familiar with Juan Navarette-Beltran, Reg. No. 22420-057, an inmate currently incarcerated at FMC Devens. On January 31, 2013, I conducted a review of inmate Juan Navarette-Beltran's Trust Fund Account. As of January 31, 2013, he had an account balance of $0.12, and has a national six month average daily balance of $0.12. Attached as **Document A** is a true and accurate copy of the TRUFACS Inmate Statement of the Trust Fund Account for Inmate Juan Navarette-Beltran, Reg. No. 22420-057, dated January 31, 2013.

I declare the foregoing is true and correct to the best of my knowledge and belief, and given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this 31st day of January, 2013.

　　　　　　　　　　　　　　　　　　　　Cheryl Magnusson
　　　　　　　　　　　　　　　　　　　　Legal Assistant
　　　　　　　　　　　　　　　　　　　　FMC Devens

# EXHIBIT A

EXHIBIT A

# Inmate Statement

[PRINT]

| | | | |
|---|---|---|---|
| Inmate Reg #: | 22420057 | Current Institution: | Devens FMC |
| Inmate Name: | NAVARETTE-BELTRAN, JUAN | Housing Unit: | DEV-N-D |
| Report Date: | 01/31/2013 | Living Quarters: | N04-425L |
| Report Time: | 9:12:26 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | 7/10/2012 4:29:19 AM | TX071012 | | | Transfer - In from TRUFACS | $0.12 | | $0.12 |

Total Transactions: 1

| | | | |
|---|---|---|---|
| | Totals: | $0.12 | $0.00 |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | $0.12 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.12 |
| Totals: | $0.12 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.12 |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.12 | $0.12 | $0.12 | N/A | N/A |